```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 14509
   THOMAS C WILLIAMS
   KIM RUFFIN                                  CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7355    SSN XXX-XX-7205

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/06/2008 and was not confirmed.

     The case was dismissed without confirmation 09/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG        .00           .00           .00
OCWEN FEDERAL BANK         MORTGAGE ARRE        .00           .00           .00
WELLS FARGO                CURRENT MORTG        .00           .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED           .00           .00
CITIBANK                   NOTICE ONLY    NOT FILED           .00           .00
BANK OF AMERICA            NOTICE ONLY    NOT FILED           .00           .00
BANK OF AMERICA            NOTICE ONLY    NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        9880.58           .00           .00
BANK OF AMERICA            UNSECURED      NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        3124.13           .00           .00
CAPITAL ONE                UNSECURED        1148.50           .00           .00
CAPITAL ONE                NOTICE ONLY    NOT FILED           .00           .00
HFC                        NOTICE ONLY    NOT FILED           .00           .00
HOUSEHOLD FINANCE CORPOR   UNSECURED        7775.13           .00           .00
HSBC                       NOTICE ONLY    NOT FILED           .00           .00
HSBC                       UNSECURED      NOT FILED           .00           .00
HSBC                       UNSECURED         488.36           .00           .00
HSBC MENARDS               NOTICE ONLY    NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        1676.01           .00           .00
HSBC                       NOTICE ONLY    NOT FILED           .00           .00
LVNV FUNDING               NOTICE ONLY    NOT FILED           .00           .00
LVNV FUNDING               UNSECURED      NOT FILED           .00           .00
MENARDS                    UNSECURED      NOT FILED           .00           .00
HSBC ORCHARD BANK          NOTICE ONLY    NOT FILED           .00           .00
HSBC BANK NEVADA/ECAST S   UNSECURED         566.17           .00           .00
BANK OF AMERICA            NOTICE ONLY    NOT FILED           .00           .00
BANK OF AMERICA            NOTICE ONLY    NOT FILED           .00           .00
RUSH UNIVERSITY MED CENT   NOTICE ONLY    NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         651.93           .00           .00
NORTH STAR CAPITAL ACQUI   UNSECURED        1147.00           .00           .00
LVNV FUNDING LLC           UNSECURED        1049.07           .00           .00
LVNV FUNDING LLC           UNSECURED        5358.95           .00           .00
SEARS                      NOTICE ONLY    NOT FILED           .00           .00
T MOBILE                   NOTICE ONLY    NOT FILED           .00           .00
PHARIA LLC                 UNSECURED         678.07           .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 14509 THOMAS C WILLIAMS & KIM RUFFIN
```

```
TARGET                      NOTICE ONLY    NOT FILED            .00         .00
US BANK                     UNSECURED         495.54            .00         .00
US BANK                     UNSECURED         376.87            .00         .00
WFFINANCIAL                 UNSECURED      NOT FILED            .00         .00
WFFINANCIAL                 UNSECURED      NOT FILED            .00         .00
WFFINANCIAL                 UNSECURED      NOT FILED            .00         .00
WFFINANCIAL                 NOTICE ONLY    NOT FILED            .00         .00
US BANK                     UNSECURED         400.33            .00         .00
US BANK/RETAIL PAYMENT      UNSECURED        2714.14            .00         .00
WELLS FARGO                 NOTICE ONLY    NOT FILED            .00         .00
LVNV FUNDING LLC            UNSECURED        1217.70            .00         .00
CHRISTIAN COLLINS           NOTICE ONLY    NOT FILED            .00         .00
ROUNDUP FUNDING LLC         UNSECURED        5231.38            .00         .00
MIDLAND CREDIT MANAGEMEN    UNSECURED        4276.02            .00         .00
PHILIP A IGOE               DEBTOR ATTY         .00                         .00
TOM VAUGHN                  TRUSTEE                                         .00
DEBTOR REFUND               REFUND                                     2,280.00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             2,280.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                2,280.00
                    ---------------       ---------------
TOTALS              2,280.00                 2,280.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                       PAGE   2
      CASE NO. 08 B 14509 THOMAS C WILLIAMS & KIM RUFFIN